# United States District Court
## Southern District of Georgia

JOHNNIE LEE McKNIGHT
                Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV405-183

JIMMY McDUFFIE, Sheriff;
CAPTAIN LARRY CARROLL; ET AL
                Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 9, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge, granting the Motion for Summary Judgment for Defendants McDuffie and Carroll, dismissing Plaintiff's claims against them with prejudice, and dismissing claims against the John Doe Defendants;Judgment is hereby entered. This action stands closed.

4/9/2007
Date

Scott L. Poff
Clerk

_Mary Ann Hill_
(By) Deputy Clerk